**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000515
31-DEC-2012
08:36 AM**

NO. CAAP-12-0000515

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee
for New Century Home Equity Loan Trust 2006-1,
Plaintiff-Appellee,

v.

CLEMENCIO LAGUISMA NAVALTA, JR. and AILEEN TONORIO NAVALTA,
Defendants-Appellants

v.

AMBER FINANCIAL GROUP, LLC and HAWAIIAN PARADISE PARK OWNERS
ASSOCIATION, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-0229)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on May 25, 2012, Defendants-Appellants Clemencio Laguisma Navalta and Aileen Tenorio Navalta (Appellants) filed a notice of appeal; (2) on July 22, 2012, the record on appeal was filed and the appellate clerk informed Appellants that the opening brief

was due on August 31, 2012; (3) on October 26, 2012, Appellants were informed that the time to file the opening brief expired on August 31, 2012, that this court may take such action as it deemed proper, including dismissal of the appeal, and that relief from default should be made by motion; and (4) no opening brief was filed and no motion for relief from default of the opening brief was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i, December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge